| AO-10 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics in Government Act of 1978 |
| Rev. 1/2004 | Calendar Year 2003 | (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Covello, Alfred V | U. S. District Court, CT | 5/3/2004 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Senior | 5. ReportType (check appropriate type)<br><br>Nomination, Date<br><br>Initial • Annual Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
|---|---|---|
| 7. Chambers or Office Address<br><br>450 Main Street<br>Hartford, CT 06103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | William & Alice Mortensen Foundation |
| 2. Director | Horace Bushnell Memorial Foundation |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

✔ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 MAY 10 A 15:58 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; sec pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

**NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME: (yours, not spouse's) |
|---|---|---|
| 1. | State of Connecticut - Pension | 92,269 44 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

✔ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

✔ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

✔ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

✔ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

|  |  |  |  |  |  | (4) |  |
|  |  |  |  |  |  | Code |  |

(X)

(X)

(X)

15.

16.

17.

18.

1  Income/Gain Codes:      A  = $1,000 or less          B  = $1,001-$2,500          C  = $2,501-$5,000          D  = $5,001-$15,000        1  $15,001-$50,000
   (See Columns B1 and D4)  F  = $50,001-$100,000      G  = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000  H2  More than $5,000,000

2  Value Codes              J  = $15,000 or less        K  = $15,001-$50,000        L  = $50,001-$100,000       M  $100,001-$250,000
   (See Columns C1 and D3)   N  = $250,000-$500,000      O  = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000  P2  $5,000,001-$25,000,000
                            P3 = $25,000,001-$50,000,000                            P4 = $More than $50,000,000

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Covello, Alfred V | 5/3/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

VII. INVESTMENTS AND TRUSTS

Line 9 - UBS PaineWebber Inc. is now UBS Financial Services Inc.
Line 10 - New addition to asset portfolio.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Covello, Alfred V | 5/3/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____      Date_____ May 3, 2004_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544